# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-0751
LT Case No. 2021-CF-0003-A

———————————————————

MICHAEL EUGENE FORBES,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

———————————————————

On appeal from the Circuit Court for Nassau County.
James H. Daniel, Judge.

Matthew J. Metz, Public Defender, and Ali L. Hansen, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.

August 22, 2023

PER CURIAM

     AFFIRMED.

HARRIS, BOATWRIGHT, and KILBANE, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*